UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLEN ALQRAINY and her husband<br>SAAD ALQRAINY<br>　　　　Plaintiffs | * * * * | CIVIL ACTION |
| VERSUS | * * | NO. 2:12-cv-00732 MLCF-ALC |
| WAL-MART STORES, INC. d/b/a<br>SAM'S CLUB<br>　　　　Defendant | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>O R D E R</u>

**IT IS ORDERED,** that the above entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this <u>20th</u> day of <u>　　June　　</u>, 2013.

_____
JUDGE